Olivia R. Beale (SBN 364820)
**JOSEPHSON DUNLAP LLP**
5847 San Felipe Street, Suite 2400
Houston, TX 770057
Tel: (713) 352-1100
Fax: (713) 352-3300
obeale@mybackwages.com

*Counsel for Martinez & the Hourly Employees*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ALESSANDRA MARTINEZ, Individually and for Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**GRIFOLS SHARED SERVICES NORTH AMERICA, INC.,** a Virginia corporation, and DOES 1-50**,**<br><br>**Defendant.** | Case No. 2:26-cv-906-JFW-MAA<br><br>**DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Alessandra Martinez, by and through her counsel of record, hereby filed this Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) in the above-captioned matter.

Pursuant to Rule 41(a)(1)(A)(i), Defendant Grifols Shared Services North America, Inc. has not served an answer, nor has any party served a motion for summary judgment in the above-captioned matter. As such, dismissal without prejudice is appropriately effectuated without an order from the Court.

Dated: March 24, 2026

**JOSEPHSON DUNLAP LLP**

*/s/ Olivia R. Beale*
Olivia R. Beale

*Counsel for Martinez & the Hourly Employees*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, I served this document on all parties and/or their counsel of record via the Court's CM/ECF electronic filing system, which effectuate service in accordance with the Federal Rules of Civil Procedure.

/s/ *Olivia R. Beale*
Olivia R. Beale